RECEIVED
IN LAKE CHARLES, LA





# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EUGENE J. WHITTAKER, JR. | : | DOCKET NO. 05-0883 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

The court, having considered the plaintiff's objections to the Report and Recommendation prepared by the Magistrate Judge, the subsequent submission of persuasive authority, and the September 23, 2005 Notice of Award issued by the Social Security Administration finding the plaintiff disabled as of May 15, 2004,

IT IS ORDERED that this case IS REMANDED pursuant to 42 U.S.C. §405(g) for the introduction of new and material evidence for good cause shown.

Lake Charles, Louisiana, this 13 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE